1  BARRY J. PORTMAN
   Federal Public Defender
2  COLLEEN MARTIN
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone:  (510) 637-3500
5
   Counsel for Defendant JOHNSON
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    No. CR-09-00216-WDB
                                       )
12                    Plaintiff,       )
                                       )    **STIPULATION AND ORDER**
13  vs.                                )
                                       )
14  RORY JOHNSON,                      )
                                       )
15                    Defendant.       )
    _____)
16

17         IT IS HEREBY STIPULATED, by and between the parties to this action, that the

18  STATUS CONFERENCE currently scheduled for April 23, 2009, at 10:00 a.m. before the

    Honorable Wayne D. Brazil, be continued to May 15, 2009, at 10:00 a.m.
19
           This continuance is sought because counsel for the defendant has requested some
20
    additional discovery from the government, which may take some time to obtain. Counsel for the
21
    defendant also needs to do additional investigation in order to fully advise the defendant.
22
           The parties further stipulate that the time from April 23, 2009, to May 15, 2009, should
23
    be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§
24
    3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel, taking into account due diligence.
25

26

1

2      DATED:  April 13, 2009                   _____/s/_____
3                                              MAUREEN BESSETTE
                                               Assistant United States Attorney

4
       DATED:  April 13, 2009                   _____/s/_____
5                                              JENNIFER MIDDLETON
                                               Law Clerk, U.S. Attorney's Office
6

7
       DATED:  April 13, 2009                   _____/s/_____
8                                              COLLEEN MARTIN
                                               Assistant Federal Public Defender
9                                              Counsel for Rory Johnson

10            I hereby attest that I have on file all holographed signatures for any signatures indicated
       by a conformed signature (/s/) within this e-filed document.
11

12                                          **ORDER**

13            GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status conference

14     date in this case, currently scheduled for status on April 23, 2009, at 10:00 a.m. before the

15     Honorable Wayne D. Brazil, be continued to May 15, 2009, at 10:00 a.m.

16            IT IS FURTHER ORDERED that the time from April 23, 2009 to May 15, 2009, should

17     be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§

18     3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel.  The Court finds that the ends of

19     justice served by the granting of the continuance outweigh the best interests of the public and the

20     defendant in a speedy and public trial and the failure to grant the requested continuance would

21     unreasonably deny counsel the reasonable time necessary for effective preparation, taking into

22     account due diligence.

23            SO ORDERED.

24     DATED: April 20, 2009

25                                              _____
                                               HONORABLE WAYNE D. BRAZIL
26                                             United States Magistrate Judge

       *U.S. v. Johnson*, CR 09-216 WDB
       Stipulation and Order                        2