1  BARRY J. PORTMAN
   Federal Public Defender
2  COLLEEN MARTIN
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant JOHNSON
6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,       )  No. CR 09-216 WDB
                                     )
12 |              Plaintiff,         )
                                     )  **STIPULATION AND [PROPOSED]**
13 | vs.                             )  **ORDER**
                                     )
14 | RORY JOHNSON,                   )
                                     )
15 |              Defendant.         )
   |_____    )
16

17
        IT IS HEREBY STIPULATED, by and between the parties to this action, that the
18
   STATUS CONFERENCE currently scheduled for August 26, 2009, at 10:00 a.m. before the
19
   Honorable Wayne D. Brazil, be continued to September 28, 2009, at 10:00 a.m.
20
        This continuance is sought because Mr. Johnson, who has completed the probate of his
21
   late mother's estate, is attempting to refinance his late mother's home. The effort may affect
22
   the final resolution of this matter, particularly with respect to restitution issues. Though the
23
   defense previously anticipated that this process would be completed by August 26, 2009, it
24
   appears that more time is needed to complete the process. Mr. Johnson is diligently pursuing
25
   the refinancing process. The defense anticipates that the process will be completed and that
26

*U.S. v. Johnson*, CR 09-216 WDB
Stipulation and [Proposed] Order                1

the defendant will be prepared to go forward with the above-captioned matter on September 28, 2009. Counsel for the defense believes that the resolution refinancing process is necessary for adequate preparation of this case.

The parties further stipulate that the time from the date of this stipulation to September 28, 2009, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel, taking into account due diligence.

DATED:     August 18, 2009            _____/S/_____
                                      WADE RHYNE
                                      Assistant United States Attorney


DATED:     August 18, 2009            _____/S/_____
                                      COLLEEN MARTIN
                                      Assistant Federal Public Defender
                                      Counsel for Rory Johnson


### SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status conference date in this case, currently scheduled for status on August 26, 2009, at 10:00 a.m. before the Honorable Wayne D. Brazil, be continued to September 28, 2009 at 10:00 a.m.

IT IS FURTHER ORDERED that the time from the date of this Order to September 28, 2009, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: August 20, 2009

_____
HONORABLE WAYNE D. BRAZIL
United States Magistrate Judge

[GRANTED — Judge Wayne D. Brazil signature stamp]

*U.S. v. Johnson*, CR 09-216 WDB
Stipulation and [Proposed] Order          3