BARRY J. PORTMAN
Federal Public Defender
COLLEEN MARTIN
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | No. CR 09-216 WDB |
| ) | |
| Plaintiff,           ) | |
| ) | **STIPULATION AND ORDER** |
| vs.           ) | |
| ) | |
| RORY JOHNSON,           ) | |
| ) | |
| Defendant.           ) | |
| _____) | |

     IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS CONFERENCE currently scheduled for September 28, 2009, at 10:00 a.m. before the Honorable Wayne D. Brazil, be continued to December 3, 2009, at 10:00 a.m.

     This continuance is sought because Mr. Johnson, who has completed the probate of his late mother's estate, is in the process of refinancing his late mother's home. The parties anticipate that the refinance effort may impact the final resolution of this matter, particularly with respect to restitution issues. It previously appeared that the refinancing would be completed by the September 28, 2009, date set for status. However, the process is not yet complete. Mr. Johnson has been diligently pursuing the refinancing process, but it now appears that it will not be completed until some time in late November. Mr. Johnson anticipates he will be prepared to

1
2   go forward with the above-captioned matter on December 3, 2009.  Counsel for the defense
3   believes that the resolution refinancing process is necessary for adequate preparation of this case.
4
5       The parties further stipulate that the time from the date of this stipulation to December 3,
6   2009, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C.
7   §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel, taking into account due
8   diligence.
9
10  DATED:     September 17, 2009            /S/
                                    WADE RHYNE
11                                  Assistant United States Attorney
12
13  DATED:     September 17, 2009            /S/
                                    COLLEEN MARTIN
14                                  Assistant Federal Public Defender
                                    Counsel for Rory Johnson
15
16
                        SIGNATURE ATTESTATION
17
        I hereby attest that I have on file all holograph signatures for any signatures indicated by
18
    a "conformed" signature (/S/) within this e-filed document.
19
20
21
22
23
24
25
26

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status conference date in this case, currently scheduled for status on September 28, 2009, at 10:00 a.m. before the Honorable Wayne D. Brazil, be continued to the Magistrate Judge's calendar on December 3, 2009 at 10:00 a.m.

IT IS FURTHER ORDERED that the time from the date of this Order to December 3, 2009, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.  The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: September 17, 2009

_____
HONORABLE WAYNE D. BRAZIL
United States Magistrate Judge

*U.S. v. Johnson*, CR 09-216 WDB
Stipulation and Order                                                3