BARRY J. PORTMAN
Federal Public Defender
COLLEEN MARTIN
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-216 WDB |
| ) Plaintiff, ) | |
| ) vs. ) | **STIPULATION AND [PROPOSED] ORDER** |
| ) RORY JOHNSON, ) | |
| ) Defendant. ) | |
| _____ ) | |

    IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS CONFERENCE currently scheduled for February 3, 2010, at 10:00 a.m. before the Honorable Laurel Beeler, be continued to April 12, 2010, at 10:00 a.m.

    This continuance is sought because Mr. Johnson, who has completed the probate of his late mother's estate, is in the process of refinancing his late mother's home. The parties anticipate that the refinance effort may impact the final resolution of this matter, particularly with respect to restitution issues. It previously appeared that the refinancing would be completed by the February 3, 2010 date set for status. However, the process is not yet complete because an issue has arisen with respect to the exact nature of the legal title of the house. Mr. Johnson has been diligently pursuing the refinancing process, and is attempting to

*U.S. v. Johnson*, CR 09-216 LB
Stipulation and [Proposed] Order                1

1

2  clarify the title issues, but it now appears that the process will not be completed for several
3  months. The parties request that the matter be placed on the Court's calendar on April 12,
4  2010 for status. Counsel for the defense believes that the resolution refinancing process is
5  necessary for adequate preparation of this case.

6        The parties further stipulate that the time from the date of this stipulation to April 12,
7  2010 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§
8  3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel, taking into account due diligence.

9

10 DATED:     January 29, 2010          /S/
                                        WADE RHYNE
11                                      Assistant United States Attorney

12

13 DATED:     January 28, 2010          /S/
                                        COLLEEN MARTIN
14                                      Assistant Federal Public Defender
                                        Counsel for Rory Johnson
15

16
                              SIGNATURE ATTESTATION
17
      I hereby attest that I have on file all holograph signatures for any signatures indicated by
18
a "conformed" signature (/S/) within this e-filed document.
19

20

21

22

23

24

25

26

*U.S. v. Johnson*, CR 09-216 LB
Stipulation and [Proposed] Order        2

1

2 **ORDER**

3     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status conference

4 date in this case, currently scheduled for status on February 3, 2010, at 10:00 a.m. before the

5 Honorable Laurel Beeler be continued to April 12, 2010 at 10:00 a.m.

6     IT IS FURTHER ORDERED that the time from the date of this Order to April 12, 2010

7 be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§

8 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel. The Court finds that the ends of

9 justice served by the granting of the continuance outweigh the best interests of the public and the

10 defendant in a speedy and public trial and the failure to grant the requested continuance

11 would unreasonably deny counsel the reasonable time necessary for effective preparation, taking

12 into account due diligence.

13     SO ORDERED.

14 DATED: February 1, 2010            /s/ Laurel Beeler

15                                              HONORABLE LAUREL BEELER
                                             United States Magistrate Judge