1  BARRY J. PORTMAN
   Federal Public Defender
2  COLLEEN MARTIN
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant JOHNSON
6

7

8                 IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   No. CR 09-216 LB
                                    )
12              Plaintiff,          )
                                    )   **STIPULATION AND [PROPOSED]**
13 vs.                              )   **ORDER**
                                    )
14 RORY JOHNSON,                    )
                                    )
15              Defendant.          )
   _____)
16
        IT IS HEREBY STIPULATED, by and between the parties to this action, that the
17
   STATUS CONFERENCE currently scheduled for April 12 at 10:00 a.m. before the Honorable
18
   Laurel Beeler, be continued to May 13, 2010, at 10:00 a.m.
19
        The parties have been informed that Judge Beeler is unavailable on April 12, 2010.  In
20
   addition, Mr. Johnson is attempting to refinance his home. The parties anticipate that the
21
   refinance effort may impact the final resolution of this matter, particularly with respect to
22
   restitution issues.  Mr. Johnson has been diligently pursuing the refinancing process, but the
23
   probate of his mother's estate is on-going and not yet complete.  The parties therefore request
24
   that the matter be placed on the Court's calendar on May 13, 2010 for status.  Counsel for the
25
   defense believes that the resolution refinancing process is necessary for adequate preparation of
26

this case.

  The parties further stipulate that the time from the date of this stipulation to May 13, 2010 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel, taking into account due diligence.

DATED: March 23, 2010     /S/
               WADE RHYNE
               Assistant United States Attorney

DATED: March 22, 2010     /S/
               COLLEEN MARTIN
               Assistant Federal Public Defender
               Counsel for Rory Johnson

### SIGNATURE ATTESTATION

  I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the STATUS CONFERENCE currently scheduled for April 12 at 10:00 a.m. before the Honorable Laurel Beeler, be continued to May 13, 2010, at 10:00 a.m.

IT IS FURTHER ORDERED that the time from the date of this Order to April 12, 2010 be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: March 24, 2010

LAUREL BEELER
United States Magistrate Judge