JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WADE M. RHYNE  (CABN 216799)
Assistant United States Attorney

ALETHEA M. SARGENT
Law Clerk

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: wade.rhyne@usdoj.gov
             alethea.sargent@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-00216 LB |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER EXCLUDING TIME FROM JULY 15 TO SEPTEMBER 16, 2010 |
| v. | ) | |
| RORY JOHNSON, | ) | |
| Defendant. | ) | |

The defendant, Rory Johnson, represented by Colleen Martin, Federal Public Defender, and the government, represented by Alethea M. Sargent, Law Clerk, were scheduled to appear before the Court on July 15, 2010 for status.  Though Mr. Johnson was unable to be present for that appearance due to being hospitalized the night before the scheduled appearance, defense counsel proposed, and the government agreed, that the matter be continued to September 16, 2010 so that Mr. Johnson might continue working toward obtaining funds to pay full restitution. The matter was continued to September 16, 2010 at 9:30 a.m to either check status or enter a

plea agreement. Counsel for the defendant requested that time be excluded under the Speedy Trial Act between July 15 and September 16 because she needed the time to conduct investigation, because of her client's health, and because of her absence for two weeks in August. The government had no objection to excluding time.

Based upon the representation of counsel and for good cause shown, including the present medical situation of Mr. Johnson, the Court finds that failing to exclude the time between July 15 and September 16 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §§ 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between July 15 and September 16 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the time between July 15 and September 16 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(3)(A), (7)(A), and (B)(iv).

DATED: July 15, 2010

_____
LAUREL BEELER
United States District Judge