1  BARRY J. PORTMAN
   Federal Public Defender
2  COLLEEN MARTIN
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant JOHNSON
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    )   No. CR 09-216 LB
                                  )
12 |              Plaintiff,      )
                                  )   **STIPULATION AND [PROPOSED]**
13 | vs.                          )   **ORDER**
                                  )
14 | RORY JOHNSON,                )
                                  )
15 |              Defendant.      )
   |_____)
16

          IT IS HEREBY STIPULATED, by and between the parties to this action, that the
17
   STATUS CONFERENCE currently scheduled for September 16, 2010 at 10:45 a.m. before the
18
   Honorable Laurel Beeler, be continued to November 3, 2010, at 10:00 a.m.
19
          The status of the case is that Mr. Johnson is charged with one misdemeanor count of theft
20
   of government property in violation of 18 U.S.C. § 641. The parties have been in discussions
21
   about resolution of this case, particularly with respect to restitution. In connection with those
22
   discussions, Mr. Johnson has been diligently pursuing the process of refinancing his home,
23
   which the parties anticipate may impact the final resolution of this matter. That process is on-
24
   going, but not yet complete. Counsel for Mr. Johnson is also continuing to conduct legal and
25
   factual analysis related to the restitution issues in this case.
26

In addition, Mr. Johnson underwent bladder surgery earlier this month. He is currently recovering from that surgery, which also included a skin graft procedure. Mr. Johnson is expected to be off work for two to three weeks, depending on the healing process.

In light of Mr. Johnson's medical situation, and in light of the on-going issues related to restitution, the parties request that the matter be continued to November 3, 2010.

The parties further stipulate that the time from the date of this stipulation to November 3, 2010 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel, taking into account due diligence.

DATED: September 13, 2010            /S/
                                     WADE RHYNE
                                     Assistant United States Attorney

DATED: September 13, 2010            /S/
                                     COLLEEN MARTIN
                                     Assistant Federal Public Defender
                                     Counsel for Rory Johnson

SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the STATUS CONFERENCE currently scheduled for September 16, 2010, at 10:00 a.m. before the Honorable Laurel Beeler, be continued to November 3, 2010, at 10:00 a.m.

IT IS FURTHER ORDERED that the time from the date of this Order to November 3, 2010, be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.  The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: September 15, 2010

_____
LAUREL BEELER
United States Magistrate Judge

*U.S. v. Johnson*, CR 09-216 LB
Stipulation and [Proposed] Order                3